FILED

11/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0250

_____

CED WHEATLAND WIND, LLC,

        Petitioner and Appellant,

    v.

THE MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, MONTANA PUBLIC
SERVICE COMMISSION and NORTHWESTERN
CORPORATION d/b/a NORTHWESTERN ENERGY,

        Respondents and Appellees.

_____

CED TETON COUNTY WIND, LLC, and
CED PONDERA WIND, LLC,

        Petitioners and Appellants,

    v.

THE MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, MONTANA PUBLIC
SERVICE COMMISSION and NORTHWESTERN
CORPORATION d/b/a NORTHWESTERN ENERGY,

        Respondent and Appellees,

  and

THE MONTANA CONSUMER COUNSEL,

        Respondent-Intervenor and Appellee.

_____

O R D E R

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

                           For the Court,

                                         Electronically signed by:
                                             Mike McGrath
                           Chief Justice, Montana Supreme Court
                                           November 10 2021